### Exhibit A to the Complaint

**Location:** Central Islip, NY  
**Total Works Infringed:** 30  
**IP Address:** 108.21.103.203  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: CED6915F8148995B928B3DE2B3D06C610BAC14BF<br>File Hash:<br>9D28790172A945ED104E8BC32B4216C4E9D20423C026DF205B1346BB77A1A676 | 08-12-2023<br>15:57:21 | Tushy | 09-03-2018 | 11-01-2018 | PA0002143436 |
| 2 | Info Hash: 5EB12231B5C9E57243D284A303FBFC5A3C4D37E5<br>File Hash:<br>6BF3F4C07BDADF08AA335CC95E385A3EC89786EBEF1E102836B39BFF95F4D34F | 08-12-2023<br>15:56:50 | Tushy | 09-08-2018 | 10-16-2018 | PA0002127788 |
| 3 | Info Hash: F0EB5A6C5DAC99B7DD5281A3A341A4024E25C0F8<br>File Hash:<br>C36D715D9B1EEF6051D38B13AAE7634664EBF9751192811B3A9B481D706FFC77 | 08-06-2023<br>21:54:24 | Vixen | 08-04-2023 | 08-17-2023 | PA0002425763 |
| 4 | Info Hash: 20D3DA35539DAE509DA3033B5B75F41D6587733B<br>File Hash:<br>22AE76A6C9190A96CC1EA90BBE445F1851F1FB5BCE92115A453987AE878C7D2A | 08-06-2023<br>21:52:24 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 5 | Info Hash: AB66C8262304F246821D9B0746AF9A50C89EB7C1<br>File Hash:<br>3CF623C5B57BCB7F9FE589EC90AB235B1FCD547CB7074ABB879FA25AE9FBC5E0 | 08-03-2023<br>21:55:08 | Tushy | 03-27-2017 | 06-05-2017 | PA0002050767 |
| 6 | Info Hash: F9716007E6CAD9686EBFE6FA156C9BD41FB499E8<br>File Hash:<br>31989ED7703D726A62E91E82BD527992F98DFD0B6384B0A3D18816BD798C6FFE | 08-03-2023<br>00:25:04 | Tushy | 07-30-2023 | 08-17-2023 | PA0002425542 |
| 7 | Info Hash: 134CA5005507DACA97E9A0F9C61E19B8760A72DE<br>File Hash:<br>07C5D7EA9ABE8E838AB286D59C71AAB8C3A848B809034014A753D8F7F9505733 | 08-01-2023<br>21:10:35 | Blacked | 07-30-2023 | 08-17-2023 | PA0002425764 |
| 8 | Info Hash: 8DBC02F4FAE745394754CB6E9084FA9BCDE763AB<br>File Hash:<br>87D360BBE31397643705B4BAF380E978757F20B1E1CC4F6140E5AF06F7F941B6 | 07-29-2023<br>03:44:39 | Vixen | 07-28-2023 | 08-17-2023 | PA0002425768 |
| 9 | Info Hash: 71971282149D5BE36BDAEE5F0763FC155532FFB8<br>File Hash:<br>F620FA81A5FB07283BF814942CC62859C2CEF6430428BD91FB7F4F8CEFCF3626 | 07-28-2023<br>00:07:08 | Tushy | 07-23-2023 | 08-17-2023 | PA0002425533 |
| 10 | Info Hash: 561333F4B0953EDEE1B15B80DE6F630D4E3DF9C0<br>File Hash:<br>A67FBB8F77BB8524DAA75ED24DB8D6B08F0EACDCC3079AC1FB91C566F8FD34FE | 07-28-2023<br>00:04:34 | Blacked Raw | 10-24-2017 | 11-30-2017 | PA0002098011 |
| 11 | Info Hash: 493C22A4DCBF1BE24A8D50B6B8A386B44ED82097<br>File Hash:<br>CA85C9705E779A3DA2EA86B8EF1079FB80E069231510A0C60BFFDAD55E24F16B | 07-19-2023<br>01:54:28 | Vixen | 07-14-2023 | 08-17-2023 | PA0002425769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 07-18-2023 04:13:56 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 13 | Info Hash: 6AECD64092F17E9085560DDF13411F5C617EA4B6<br>File Hash: 610911B0A03EFBB6F914E6246EC1B563648E7485563C7EF78A4D2655F2D0B9DE | 07-18-2023 04:13:53 | Tushy | 11-28-2021 | 02-14-2022 | PA0002335497 |
| 14 | Info Hash: 302BACA51776D1DB345C7552ED0B6F33B4838B88<br>File Hash: 13BE6F25C71964A5256DD8CAB67A6445BC1ED7074BE1EE55649397FFB40193F1 | 07-17-2023 22:08:13 | Tushy | 07-16-2023 | 08-17-2023 | PA0002425541 |
| 15 | Info Hash: 2D1F93A12D9C1A70C9D7CCB260285AD15520CD5E<br>File Hash: 90608B34C1963992DEB1433847B5D40ED45D451CFA3156146B10C84EFB87F424 | 07-16-2023 18:54:53 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 16 | Info Hash: E97E4E7EDF62695EE231DFBD79553587D2C699C7<br>File Hash: 77901045138AF2AC1F7282E1C6D3EAD3AA64663BCFDEE7ADC228B47EC93D04B7 | 07-09-2023 15:10:12 | Blacked | 07-08-2023 | 07-13-2023 | PA0002420354 |
| 17 | Info Hash: B40033E280E029888A0C4A75F7AFFD2FF6378B94<br>File Hash: D99A39A02D14ECBC0637694E5F0AE3C04A22F9AF1B68AE419CBF94E64DA6A2F9 | 07-08-2023 18:43:45 | Vixen | 07-07-2023 | 07-13-2023 | PA0002420346 |
| 18 | Info Hash: 8A676B902FEE14A27731E6B2794170D3EB95E9AB<br>File Hash: ED65B2D9B2AE55EE79DCE5C3D163E7FDC8A414D207A33F978507416FE42312C7 | 07-02-2023 17:16:56 | Vixen | 06-30-2023 | 07-13-2023 | PA0002420344 |
| 19 | Info Hash: 2D225B263516EA0C9314687CBFDB446CDAABA93F<br>File Hash: 31E43DC0064637472AA157B813CC74C286A64CE16CC6604FD41C6190CB1262D8 | 07-02-2023 17:15:23 | Blacked | 07-01-2023 | 07-13-2023 | PA0002420349 |
| 20 | Info Hash: 6C843BFB1BF4D0C7F9F2DC9AAEB4A75717C60A9B<br>File Hash: 7DE36A3DA7DAB9935FF122A18B4B2111D9A57A1767B135CFE20474E0FC0DF0CD | 06-26-2023 04:58:25 | Tushy | 06-25-2023 | 07-13-2023 | PA0002420342 |
| 21 | Info Hash: B8C3746B5238BCE108AF62303A30CC0C9B79D0A6<br>File Hash: A0F6BB9E6EF9F1E5587CD3717BEE1BFD3793A4A61C3C18DCCE6DA7E506774958 | 06-26-2023 04:55:56 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 22 | Info Hash: 986CA4056C7F5CE88CA454F4C77F797F409C4E7E<br>File Hash: FC2E146B19C06A40A0ADF9AC620811F0DC2081AD2752933315CC192B1D4D2476 | 06-20-2023 00:43:57 | Blacked | 06-17-2023 | 07-13-2023 | PA0002420351 |
| 23 | Info Hash: 0F1B0D05E69005F0B20845F4CB65F76D7ECD7C58<br>File Hash: 538A84D53BBF4F55EDA21D8631F2B30B74FEED078C0BCD1FEF5120DDCE5E94E3 | 06-17-2023 18:49:34 | Vixen | 06-16-2023 | 07-13-2023 | PA0002420352 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 875CA79E6D6EE476DE1AE5755AAE3A629CF99424<br>File Hash: 1F03323DBF4E1FE5057CBF65084D2A0AAC7A472E319493B289B581A76F952D02 | 06-13-2023 21:40:48 | Tushy | 06-11-2023 | 07-13-2023 | PA0002420360 |
| 25 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash: 38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 06-11-2023 12:58:35 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 26 | Info Hash: EAECDAC066958DD31C1B553FB62FE7FB425615EA<br>File Hash: 2BE40AEA7CB2DEA8531E6D67F1593B5885360FAF1CE6398C7D834E0D3E467DFA | 06-08-2023 01:12:20 | Blacked Raw | 05-29-2023 | 06-09-2023 | PA0002415372 |
| 27 | Info Hash: 3E1472CE4927D29E0B4F0CA77411FD41701023D9<br>File Hash: 4799D5AA929AC6D1B9DF8657611CB181BB0A5B1528288FAC788F536C310761DD | 06-08-2023 01:11:19 | Blacked | 06-03-2023 | 06-09-2023 | PA0002415360 |
| 28 | Info Hash: D64412118B365A4B5898019CDF5589510838FCA9<br>File Hash: 01FA7C6D6CFF06D8986D7921F94E5FF949AD01D4AB34927A24290F6230BF3895 | 06-03-2023 15:25:27 | Vixen | 05-26-2023 | 06-09-2023 | PA0002415392 |
| 29 | Info Hash: AB25EF96E6F72F546331A1CFFEF786A6CA92F532<br>File Hash: C1E47ADF8151CEB6F3EF0F0B531E91BED84A543E47B70C3565D26D2781376C75 | 05-26-2023 19:37:20 | Blacked Raw | 05-19-2023 | 06-09-2023 | PA0002415367 |
| 30 | Info Hash: 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7<br>File Hash: DE364D4FCA126DC64C9DDE43A743A3DD850F9C66CA71C37CFEE52C9182C08CC7 | 05-26-2023 19:35:26 | Tushy | 05-21-2023 | 06-09-2023 | PA0002415379 |